IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HASALEE MIMS, )<br>    Plaintiff, )<br> )<br>vs. )<br> )  7:15-cv-00119-LSC<br>ROBERT BENTLEY, et al, )<br>    Defendant. )<br> )<br> ) | |

MEMORANDUM OF OPINION

Plaintiff Hasalee Mims filed a document entitled "Plaintiff's Objection to the Court Ruling." The Court interprets this document as a Motion under Federal Rule of Civil Procedure 59(e) to Alter or Amend a Judgment. Mims's Motion is nonresponsive to the reasons given for dismissal and does nothing more than repeat the arguments presented in his initial complaint. The Motion does discuss that the statute he is objecting to has been repealed, and it does not provide any reason why the statute of limitations for a § 1983 claim for damages should be tolled. Accordingly, Mims's Motion is DENIED.

Done and Ordered this 19th day of October 2015.

                                _____
                                      L. SCOTT COOGLER
                          UNITED STATES DISTRICT JUDGE
                                                                          182185